Filing # 14111567 Electronically Filed 05/27/2014 04:57:01 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

APPLE GLEN INVESTORS, L.P.
an Indiana Limited Partnership,

    Plaintiff,

vs.                                                                     CASE NO.: 14-CA-5461 Div. D

EXPRESS SCRIPTS, INC., f/k/a Medco
Health Solutions, Inc., f/k/a Merck-Medco
Managed Care, LLC,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

Apple Glen Investors, L.P. ("Apple Glen"), sues Express Scripts, Inc. "(Express Scripts") and alleges:

### PARTIES, JURISDICTION AND VENUE

1. This is an action for breach of contract in excess of $15,000.00 exclusive of prejudgment interest and costs.

2. Apple Glen is an Indiana limited partnership with its principal place of business in Indiana.

3. Express Scripts, Inc. is a Delaware Corporation with its principal place of business in St. Louis, Missouri.

4. The Court has jurisdiction over Express Scripts because Express Scripts conducts business in Florida, engages in substantial and not-isolated activity in Florida and breached a contract in Florida by failing to perform acts that the contract required to be performed in Florida.

1

5. Venue is proper in Hillsborough County because this dispute arises from a lease of real property in Hillsborough County and the cause of action alleged herein accrued in Hillsborough County, Florida.

6. All conditions precedent to this action have occurred, have been performed, or have been waived.

## BREACH OF CONTRACT

7. Apple Glen as the successor in interest to Wolverine Equities Company 99E L.P., Medco Health Solutions, Inc., as successor in interest to Merck-Medco Managed Care, LLC and SBC Telecom, Inc., were parties to a lease dated December 6, 1999 (the "Lease"). A copy of the Lease is attached hereto as Exhibit 1 and a copy of the Assignment and Assumption Agreement and Release is attached hereto as Exhibit 2.

8. In 2012, Express Scripts, Inc. acquired the assets of Medco, including the rights and obligations under the Lease.

9. Section 12 of the Lease required the tenant to maintain the leased equipment and the entire leased premises in "first class condition and order of repair" and to "promptly make all repairs and replacements of every kind and nature, whether foreseen or unforeseen."

10. During the tenancy of Express Scripts and its predecessors in interest, including Merck-Medco Managed Care, LLC, and Medco Health Solutions, Inc., the leased equipment and major portions of the premises deteriorated and were not properly repaired or replaced.

11. Express Scripts vacated the leased premises on March 31, 2014, and upon departure removed all of the building's system controls.

12. Express Scripts has failed to restore the leased premises or replace or restore the leased equipment to a first class condition, as required by the terms and conditions of the lease, including but not limited to, the following:

    a. <u>Building exterior and landscaping</u>: The landscaping around the building and parking lots has not been maintained, sidewalks and parking lots require repair and/or replacement, and exterior water hydrants are not functioning. The building curtain walls show evidence of water damage and inadequate repairs throughout;

    b. <u>Roof</u>: Skylight metal framing and seals have not been installed properly and flashing sealants on roof perimeter have failed sealants;

    c. <u>Interior</u>: Interior walls and ceilings of the second and third floors have stained ceiling tiles and require repair due to leaks and water intrusion, commercial grade kitchen equipment has been removed and remaining kitchen equipment requires repair or replacement; and,

    d. <u>Equipment and systems</u>: Various state-of-the-art equipment and systems require repair or replacement due to the failure to maintain or update the systems, including, but not limited to, the damaged or inoperable security system, HVAC system, Uninterruptable Power System, elevator units, cooling towers, fire sprinkler system, and the generator system.

13. Apple Glen has been and continues to be damaged as a result of the breach of contract by Express Scripts.

14. The Lease provides for recovery of attorneys' fees, costs and expenses in this action.

15. Apple Glen has retained the undersigned attorneys and is obligated to pay a reasonable fee for their services.

WHEREFORE, Apple Glen demands judgment against Express Scripts, Inc. for breach of the Lease for its failure to maintain and return the leased premises and leased equipment in a first class condition, and that Apple Glen be awarded its damages, including repair and replacement costs, loss of rental income, diminution in the marketability, sale and rental value of the premises, costs, interest, and attorneys' fees incurred in bringing this action.

SHUTTS & BOWEN LLP

_____
Timothy D. Woodward, Esq.
Florida Bar No.: 486868
4301 W. Boy Scout Blvd, Suite 300
Tampa, Florida 33607
Telephone: (813) 229-8900
Facsimile: (813) 229-8901
E-mail: twoodward@shutts.com &
ccarney@shutts.com
*Counsel for Plaintiff, Apple Glen Investors, L.P.*