UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

APPLE GLEN INVESTORS, L.P.,

    Plaintiff,
v.                     Case No. 8:14-cv-1527-T-33TGW

EXPRESS SCRIPTS, INC.,

    Defendant.
_____/

**ORDER**

This cause is before the Court pursuant to Appellee Apple Glen Investors, L.P.'s Corrected Amended Final Motion for Attorneys' Fees, Costs and Prejudgment Interest (Doc. # 135), which was filed on December 18, 2017. The Motion, in which Apple Glen seeks $1,092,841.00 in trial and appellate attorneys' fees, $39,783.12 in costs, and $361,943.23 in prejudgment interest, moots the previously filed applications for fees and costs. (Doc. ## 118, 131, 134).

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such a motion. For purposes of judicial economy and in order to expedite the disposition of this motion, the Court shall so refer the aforementioned motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Appellee Apple Glen Investors, L.P.'s Corrected Amended Final Motion for Attorneys' Fees, Costs and Prejudgment Interest (Doc. # 135) is hereby referred to the Honorable Thomas G. Wilson, United States Magistrate Judge, for the issuance of a report and recommendation, including any hearings, motions, and deadlines related thereto.

(2) Apple Glen's prior applications for fees and costs (Doc. ## 118, 131, 134) are **DENIED AS MOOT.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of December, 2017.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE