UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


APPLE GLEN INVESTORS, L.P.,

      Plaintiff,

v.                           Case No. 8:14-cv-1527-T-33TGW


EXPRESS SCRIPTS, INC.,

      Defendant.

_____/


**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Thomas G. Wilson's Report and Recommendation (Doc. # 147), filed on May 25, 2018, recommending that Plaintiff's Corrected Amended Final Motion for Attorneys' Fees, Costs, and Prejudgment Interest (Doc. # 135) be granted.

As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

**Analysis**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright,

681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 147) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's Corrected Amended Final Motion for Attorneys' Fees, Costs, and Prejudgment Interest (Doc. # 135) is **GRANTED** to the extent that Plaintiff is awarded

**$921,501.00** in attorneys' fees, **$39,783.12** in costs, and prejudgment interest accruing at a rate of 18 percent as specified in the Report and Recommendation.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>11th</u> day of June, 2018.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE